```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 09 B 03158
  JULENE F KIRSCH
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

     Debtor
  SSN XXX-XX-2883


-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1. The case was filed on 01/31/09 .

  2. The case was dismissed without confirmation, 02/20/2009.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID         PAID
-----------------------------------------------------------------------

     Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00          .00
PRINCIPAL PAID          .00        .00         .00         .00          .00
INTEREST PAID           .00        .00         .00         .00          .00
TOTAL PAID              .00        .00         .00         .00          .00
The Debtor's attorney, LORRAINE GREENBERG & ASSOC    , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




  Dated: 03/11/09              /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 09 B 03158 JULENE F KIRSCH
```